United States District Court
Southern District of Texas
FILED

AUG 23 2022

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Criminal No. M-22-1378 |
| ENRIQUE BERNARDO GAMEZ | § | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### Count One

On or about July 26, 2022, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**ENRIQUE BERNARDO GAMEZ**

did knowingly and intentionally conspire and agree with other persons known and unknown to the Grand Jurors, to possess with intent to distribute a controlled substance. The controlled substance involved was 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

### Count Two

On or about July 26, 2022, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**ENRIQUE BERNARDO GAMEZ**

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was 5 kilograms or more, that is, approximately 62.5 kilograms of

a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

A TRUE BILL

_____
FOREPERSON

JENNIFER B. LOWERY
UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY